MOED-0001    DISCLOSURE STATEMENT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

Addison Insurance Company                )
                                         )
Plaintiff(s),                            )
                                         )
vs.                                      )   Case No.
                                         )
Lou Budke's Arrow Finance Company d/b/a  )
Arrow Finance Company and Richard Kyles  )
                                         )
Defendant(s).                            )

### DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for __Plaintiff__ hereby discloses the following:

1.  If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a.  Whether it is publicly traded, and if it is, on which exchange(s):
    Addison Insurance Company is a wholly-owned subsidiary of United Fire & Casualty Company, which is a wholly-owned subsidiary of United Fire Group, Inc., which is a publicly traded company (Nasdaq:UFG)

b.  Its parent companies or corporations (if none, state "none"):
    United Fire & Casualty Company

c.  Its subsidiaries not wholly owned by the subject (if none, state "none"):
    None.

d.  Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
    BlackRock, Inc. owns 10% or more of the shares of United Fire Group, Inc.

2.  If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001            DISCLOSURE STATEMENT

    By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: _____John L. Hayob_____
Address: _2323 Grand Blvd., Suite 1100_
City/State/Zip: _Kansas City, MO 64108_
Phone: _____(816) 292-7000_____

Certificate of Service

    I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: _June 5_____, 20_24_.

_____
Signature