UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Addison Insurance Company )
)
Plaintiff(s), )
)
vs. ) Case No. 4:24-cv-00790-JMB
)
Lou Budke's Arrow Finance Company d/b/a )
Arrow Finance Company and Richard Kyles )
)
Defendant(s). )

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for
<u>Plaintiff</u> hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a. Whether it is publicly traded, and if it is, on which exchange(s):
Addison Insurance Company is a wholly-owned subsidiary of United Fire & Casualty Company, which is a wholly-owned subsidiary of United Fire Group, Inc., which is a publicly traded company (Nasdaq:UFG)

b. Its parent companies or corporations (if none, state "none"):
United Fire & Casualty Company

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
None.

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
BlackRock, Inc. owns 10% or more of the shares of United Fire Group, Inc.

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
Addision Insurance Company - Iowa Corporation with its principal place of business in Cedar Rapids, Iowa.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: John L. Hayob
Address: 2323 Grand Blvd., Suite 1100
City/State/Zip: Kansas City, MO 64108
Phone: (816) 292-7000

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:
June 11, 2024

_____
Signature