UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

_____, )
        Plaintiff (s), )
         )
v. ) Case No.
         )
Lou Budke's Arrow Finance Company )
d/b/a Arrow Finance Company, and )
Richard Kyles )
        Defendant(s). )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now _____ and notifies the court of the intent to use
      (Plaintiff or Defendant)

_____
(name and address of process server)

_____

_____

To serve:

_____in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

_____                                _____
  (date)                                                                    (attorney for Plaintiff)

                                                                             _____
                                                                             (attorney for Defendant)