# AFFIDAVIT OF SERVICE

| Case | Court: | County: | Job |
|---|---|---|---|
| 4 24-cv 00790 | UNITED STATES DISTRICT COURT for the Eastern District of Missouri | | 11562023 (2024008764) |

| Plaintiff / Petitioner | Defendant / Respondent: |
|---|---|
| Addison Insurance Company | Lou Budke's Arrow Finance Company d/b/a Arrow Finance Company and Richard Kyles |
| **Received by:** D&B Legal Service LLC | **For** BROWN & RUPRECHT |
| **To be served upon** Richard Kyles | |

Lesley Schaeperkoetter, being first duly sworn on oath, deposes and states the following I am over the age of 18 and not a party to this action I am licensed under the Private Detective, Private Alarm, Private Security Fingerprint Vendor and Locksmith Act of 2004

**Recipient Name / Address** Richard Kyles, HOME 1005 1100E, KELL, IL 62853

**Manner of Service** Personal/Individual, Aug 6, 2024, 7 24 pm CDT

**Documents** AFFIDAVIT ALIAS SUMMONS, COMPLAINT

**Additional Comments**

1) Successful Attempt: Aug 6, 2024, 7 24 pm CDT at HOME 1005 1100E KELL, IL 62853 received by Richard Kyles
Richard kyles said his lawyer needs served not him I have took a picture of lawyer info

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true

08/08/2024

Lesley Schaeperkoetter — Date
129 490427

Dominion Investigations LLC
4501 WEST DEYOUNG STREET Box #12
MARION IL 62959

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

Addison Insurance Company

*Plaintiff*

v

Lou Budke's Arrow Finance Company d/b/a Arrow Finance Company and Richard Kyles

*Defendant*

Civil Action No 4 24-cv-00790 JMB

## ALIAS SUMMONS IN A CIVIL ACTION

To *(Defendant's name and address)* Richard Kyles
12985 Base Line Road
Dix, IL 62830

A lawsuit has been filed against you

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are Diane Hastings Lewis
2323 Grand Blvd , Suite 1100
Kansas City, MO 64108
(816) 292-7000
dlewis@brlawkc com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint You also must file your answer or motion with the court




CLERK OF COURT

Date 07/22/2024

*Signature of Clerk or Deputy Clerk*